PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOC #4

| DOCKET NUMBER *02 Cr 450-02(TPG)* |
|---|
| DOCKET NUMBER 06-PT-340- |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| BERHANE, Adian Testamic | Southern District of New York | TFH |

U.S. DISTRICT COURT FILED SEP - 1 2006 S.D. OF N.Y.

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Victor Marrero |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/24/2006 | TO 03/23/2009 |
|---|---|---|

**OFFENSE**

Conspiracy to commit access device fraud, 18 U.S.C. 1029(b)(2), A Class D Felony; Access Device Fraud, 18 U.S.C. 1029(a)(1)

FILED
SEP - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Southern District of New York**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF COLUMBIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2 August 2006_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF COLUMBIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/23/06_
Effective Date

_[signature] Thomas F. Hogan_
United States District Judge

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _[signature]_
DEPUTY CLERK