JUDGE WOOD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      -v.-          :    INDICTMENT

JOHNNY PELZER,
  a/k/a "James Cummings," and   :    02 Cr.
ADIAM TESTAMICHAEL-BERHANE,

         Defendants.

- - - - - - - - - - - - - - - - - x

**02CRIM. 450**

U.S. DISTRICT COURT FILED APR 16 2002 S.D. OF N.Y.

DOC # 14

#### COUNT ONE

The Grand Jury charges:

1.  From at least on or about February 23, 2002, until at least on or about March 14, 2002, in the Southern District of New York and elsewhere, JOHNNY PELZER, a/k/a "James Cummings," and ADIAM TESTAMICHAEL-BERHANE, the defendants, together with others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Section 1029(a)(1) of Title 18, United States Code.

2.  It was a part and an object of the conspiracy that JOHNNY PELZER, a/k/a "James Cummings," and ADIAM TESTAMICHAEL-BERHANE, the defendants, and their co-conspirators, unlawfully, willfully, knowingly, and with intent to defraud, would and did produce, use, and traffic in one and more counterfeit access devices, and by such conduct would and did affect interstate

FILED
SEP - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06-PT-340-TFH
Attachments

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY
      DEPUTY CLERK

APR 19 2002 -3:00 PM

commerce.

<u>OVERT ACTS</u>

3.  In furtherance of said conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On or about February 24, 2002, JOHNNY PELZER, a/k/a "James Cummings," and ADIAM TESTAMICHAEL-BERHANE, the defendants, used a counterfeit credit card bearing the name "James Cummings," to purchase approximately $3,400 in goods at a luxury boutique in New York, New York.

b.  On or about March 8, 2002, in Rockville, Maryland, JOHNNY PELZER, a/k/a "James Cummings," the defendant, used a counterfeit credit card bearing the name "James Cummings" to rent a car.

c.  On or about March 11, 2002, in New York, New York, ADIAM TESTAMICHAEL-BERHANE, the defendant, used a counterfeit card bearing the name "James Cummings" to pay approximately $950 for dental work.

d.  On or about March 14, 2002, in New York, New York, ADIAM TESTAMICHAEL-BERHANE, the defendant, possessed three opened Federal Express envelopes, which were addressed to her and which contained approximately six counterfeit credit cards bearing the name "James Cummings."

2

(Title 18, United States Code, Section (b)(2).)

## COUNT TWO

The Grand Jury further charges:

4.    From at least on or about February 23, 2002, until at least on or about March 14, 2002, in the Southern District of New York and elsewhere, JOHNNY PELZER, a/k/a "James Cummings," and ADIAM TESTAMICHAEL-BERHANE, the defendants, unlawfully, willfully, knowingly, and with intent to defraud, produced, used and trafficked in one and more counterfeit access devices, and by such conduct would and did affect interstate commerce, to wit, PELZER and TESTAMICHAEL-BERHANE trafficked in counterfeit credit cards bearing the name "James Cummings," and used such cards to purchase at least $80,000 in goods and services in New York, Maryland, and elsewhere.

(Title 18, United States Code, Sections 1029(a)(1) and 2.)

FOREPERSON

JAMES B. COMEY
United States Attorney

3

3/13/03

✗ Deft A. Testamichael-Berhane pres w/atty Xavier Donaldson, rprit by Virginia Chavey, AUSA. Motion conf held. Deut's oral application for the revocation of bail is denied in open court. Deft ordered released from custody - Deft could released on bail.

Brissa, J.

3/17/03

✗ Deft A. Testamichael-Berhane pres w/atty Xavier Donaldson + Jaye Ballard, rprit by Virginia Chavey and Christine Chung, AUSA. Voir dire begins. Jury sworn + empanelled. Trial adj'd to 3/18/03

3/18/03 Trial begins

3/19/03 Trial cont'd

3/20/03 Trial cont'd. Jury reaches verdict. Deft is found guilty as charged. Pre-sentence investigation ordered. Sentence date set for 5/14/03 @ 9:30 am. Bail hearing sched for ~~4/3/03~~ @ 3/26/03 @ 4:00 pm. Bail cont'd.

Brissa, J.

1/17/03

✗ Deft A. Testamichael-Berhane not pres, atty Xavier Donaldson pres, rprit by Virginia Chavey, AUSA. Hearing held on deft's application to be released from custody. Application denied in open court.

PH

RECEIVED
SEP 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Brissa, J.

5/27/03

Deft pres w/ atty Xavier Donaldson, report by Virginia Chavez, AUSA. Sentence imposed:

Counts 1 & 2: 40 months imprisonment (which consists of 30 months for the offense of conviction and a consecutive addition of 10 months to reflect the three level enhancement) on each of counts 1 & 2 to run concurrently.

followed by

3 years supervised release on each count to run concurrentl

Restitution: $73,000

   Restitution shall be joint and several and payable to the Clerk of the Court, SDNY to be disbursed to Merrill Lynch Fraud.

   Defendant shall pay 15% of her gross monthly earnings on a monthly basis during the term of supervised release, until the order of restitution is paid in full.

Special Assessment: $200

The court recommends to the Bureau of Prisons that deft be placed in a B.O.P. facility that accommodates prisoners with less than a 5 year sentence that does not involve drugs or violence. Deft cont'd remanded. Arisof

**CRIMINAL MEMORANDUM TO DOCKET CLERK**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

*02* CR *450*    (KMW)

-against-                                    Before: Kimba M. Wood, U.S.D.J.

*Johnny Pelzer*

*Adiam Testamichael - Berhane*
- - - - - - - - - - - - - - - - - - - - - - - - - - -X


02 CR 0450-01 & 02 (KMW) U.S. -v- Pelzer & Testamichael-Berhane

April 18, 2002 - The defendant Johnny Pelzer and his attorney Robert Baum are present. The defendant Adiam Testamichael-Berhane and his attorney Ian Niles are present. A.U.S.A. Virgina Chavez is present. Court Reporter Bonnie Pruszynsky is present. The defendants are arraigned on the indictment. The defendant Johnny Pelzer pleads not guilty. The defendant Adiam Testamichael-Berhane pleads not guilty. Discovery to be completed in two weeks. Another pretrial conference is scheduled for May 31, 2002 at 10:00 a.m. Time is excluded until May 31, 2002.

Wood, J.

## MEMORANDUM TO THE DOCKET CLERK

This form will be returned to the docketing unit, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

Before: Hon. Kimba M. Wood
U.S. District Judge

United States of America

−vs−

Johnny Pelzer and
Adian Testamichael-Berhane
                    Defendants

02   CR 450      (KMW)

In consolidated cases, all docket #s are to be shown.

May 31, 2002 - The defendant, Johnny Pelzer and his attorney Robert Baum are present. The defendant, Adian Testamichael-Berhane and her attorney Dennis Kelleher are present. Mr. Xavier R. Donaldson is present. A.U.S.A. Virginia Chavez is present. Court Reporter Steve Griffing is present. Mr. Kelleher makes an application to be relieved as counsel - granted. Mr. Donaldson is substituted for Mr. Kelleher. A pre-trial conference is held. The parties will fax a letter to chambers indicating whether they will file any motions and if so, they will submit a proposed motion schedule by June 14, 2002. Another pre-trial conference is scheduled for June 28, 2002 at 11:30 a.m. Time is excluded.

Submitted by: Drew D'Agostino

PH.

## MEMORANDUM TO THE DOCKET CLERK

This form will be returned to the docketing unit, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

Before: <u>Hon. Kimba M. Wood</u>
U.S. District Judge

United States of America

<u>02</u> CR <u>450</u>    (KMW)

-vs-

Johnny Pelzer

In consolidated cases, all docket #s are to be shown.

Defendants

July 25, 2002 - The defendant Johnny Pelzer and his attorney Robert M. Baum are present. AUSA Virginia Chavez is present. Court Reporter Patricia Nilsen is present. A pre-trial conference is held. The parties are negotiating a disposition. Another pre-trial conference is scheduled for September 30, 2002 at 10:30 a.m. Time is excluded.

Submitted by: Drew D'Agostino

*Virginia Chavez, AusA*

AO      (8/96) Judgment in a Criminal Case

*DOC # 33*

# UNITED STATES DISTRICT COURT
## Southern District of New York

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| **ADIAN TESTAMICHAEL BERHANE** | Case Number:      02 Cr 450-02(TPG) |
| | Xavier Donaldson |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

x  was found guilty on count(s)  1 & 2
after a plea of not guilty.

*DOCKETED AS    PH*
*A JUDGMENT # 03,1128*
*ON   6/4/03*

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1029(b)(2) | Conspiracy to Commit Access Device Fraud A Class D Felony | 3-30-02 | 1 |
| 18 USC 1029(a)(1) | Access Device Fraud | 3-30-02 | 2 |

The defendant is sentenced as provided in pages 2 through ____5____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Date of Birth  5-7-72

Defendant's USM No.:   53460-054

5-27-2003
Date of Imposition of Judgment

*Thomas P. Griesa*
Signature of Judicial Officer

Thomas P. Griesa, United States District Judge
Name and Title of Judicial Officer

5-28-2003
Date

Defendant's Mailing Address:

A TRUE COPY
J. MICHAEL McMAHON, CLERK

M I C R O F I L M

JUN - 2 2003    -9:00 AM

*Adams*
DEPUTY CLERK

U.S. DISTRICT COURT
FILED
MAY 28 2003
S.D. OF N.Y.

AO 245B    (8/96)  Sheet 2—Imprisonment

DEFENDANT:    Adian Testamichael Berhane
CASE NUMBER:    02 Cr 450-02(TPG)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of **FORTY (40) MONTHS.**

The above term of 40 months imprisonment consists of 30 months for the offense of conviction and a consecutive addition of 10 months to reflect the three level enhancement on each of counts 1 & 2 to run concurrently.

x    The court makes the following recommendations to the Bureau of Prisons:
That defendant be placed in a B.O.P. facility that accommodates prisoners with less than a five (5) year sentence that does not involve drugs or violence.

x    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m.    on _____.

as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____.

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B    (8/96)  Sheet 3—Supervised Release

DEFENDANT:    Adian Testamichael Berhane
CASE NUMBER:    02 Cr 450-02(TPG)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    THREE (3) YEARS
The above term of supervised release is imposed on each of counts 1 & 2 to run concurrently.

Mandatory, Standard and Special conditions of supervised release apply.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

    x    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:      Adian Testamichael Berhane
CASE NUMBER:    02 Cr 450-02(TPG)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $  200.00 | $ | $  73,000 |

☐  If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . . . . .    $  _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $    $_____ .

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐  The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐  The interest requirement is waived.

  ☐  The interest requirement is modified as follows:

## RESTITUTION

☐  The determination of restitution is deferred until  _____  .  An Amended Judgment in a Criminal
      Case will be entered after such determination.

The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Merrill Lynch Fund | 73,060.11 | 73,000.00 | |
| 222 Broadway, 2nd Fl. | | | |
| NY, NY 10038 | | | |
| attn: Richard Mandel, Bank Investigator | | | |
| **Totals:** | $  73,060.11 | $    73,000.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Adian Testamichael Berhane
CASE NUMBER: 02 Cr 450-02(TPG)

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☐ In full immediately; or

B ☒ $ 200.00 _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ ; or

D ☐ in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will be credited for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:
1) Defendant make joint and several restitution in the amount of $73,000 to the Clerk of the Court of the Southern District of New York, 500 Pearl Street, NY, NY attn: Cashier's Office, to be disbursed to Merrill Lynch Fraud.

2) Defendant shall pay 15% of her gross monthly earning on a monthly basis during the term of supervised release, until the order of restitution is paid in full.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00450-TPG-2
### Internal Use Only

Case title: USA v. Pelzer

Magistrate judge case number:  1:02-mj-00551

Date Filed: 04/16/2002

Assigned to: Judge Thomas P. Griesa

**Defendant**

**Adian Testamichael Berhane** (2)
*TERMINATED: 05/28/2003*

represented by **Robert M. Baum**
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007
212-417-8700
Fax: 212-571-0392
Email: robert_baum@fd.org
*TERMINATED: 05/28/2003*
*LEAD ATTORNEY*
*Designation: Public Defender or Community
Defender Appointment*

**Xavier Robert Donaldson**
Donaldson, Chilliest & McDaniel, LLP
103 East 125th Street
New York, NY 10035
(212)-722-4900
Fax: (212)-722-4966
Email: xdonaldson@aol.com
*TERMINATED: 05/28/2003*
*LEAD ATTORNEY*
*Designation: Retained*

**Pending Counts**

**Disposition**

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY

DEPUTY CLERK

The defendant is hereby committed to the
custody of the US Bureau of Prisons to be
imprisoned for a total of Forty Months. The
above term of 40 months imprisonment
consists of 30 months for the offense of
conviction and a consecutive addition of 10 m
onths to reflect the three level enhancement
on each of counts 1 & 2 to run concurrently.

18:1029A.F PRODUCES/TRAFFICS IN
COUNTERFEIT DEVICE (CONSPIRACY
TO COMMIT CREDIT CARD FRAUD)
(1)

Upon release from imprisonment, the
defendant shall be on supervised release for a
term of Three Years.; AMENDED ON
6/9/03: The defendant is hereby committed to
the custody of the United States Bureau of
Prisons to be imprisoned for a total term of
FORTY (40) MONTHS. The above term of
40 months imprisonment consists of 30
months for the offense of conviction and a
consecutive addition of 10 months to reflec t
the three level enhancement under U.S.S.G.
Section 2J1.7 and 18 USC Section 3147, on
each of counts 1& 2 to run concurrently.*;
Upon release from imprisonment, the
defendant shall be on supervised release for a
term of THREE (3) YEARS. The defendan t
shall pay a restitution in the amount of
$73,000.00.

18:1029A.F PRODUCES/TRAFFICS IN
COUNTERFEIT DEVICE )CREDIT CARD
FRAUD)
(2)

The defendant is hereby committed to the
custody of the US Bureau of Prisons to be
imprisoned for a total of Forty Months. The
above term of 40 months imprisonment
consists of 30 months for the offense of
conviction and a consecutive addition of 10 m
onths to reflect the three level enhancement
on each of counts 1 & 2 to run concurrently.
Upon release from imprisonment, the
defendant shall be on supervised release for a
term of Three Years.; AMENDED ON
6/9/03: The defendant is hereby committed to
the custody of the United States Bureau of
Prisons to be imprisoned for a total term of
FORTY (40) MONTHS. The above term of
40 months imprisonment consists of 30
months for the offense of conviction and a
consecutive addition of 10 months to reflec t
the three level enhancement under U.S.S.G.
Section 2J1.7 and 18 USC Section 3147, on
each of counts 1& 2 to run concurrently.*;
Upon release from imprisonment, the
defendant shall be on supervised release for a
term of THREE (3) YEARS. The defendan t
shall pay a restitution in the amount of
$73,000.00.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                         **Disposition**

None

**Plaintiff**

USA                                    represented by **Virginia L. Chavez**
                                                       Assistant United States Attorney
                                                       United States Attorney Office
                                                       Criminal Division
                                                       One St. Andrew's Plaza
                                                       New York, NY 10007
                                                       (212) 637-1037
                                                       *LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2002 | 1 | COMPLAINT in violation if 18 USC 1029(b)(2) - Conspiracy to commit access device fraud as to Johnny Pelzer, Adian Testamichael Berhane ( signed by Magistrate Judge Frank Maas ) [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 03/15/2002 | | **Added Government Attorney Virginia L. Chavez [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 03/15/2002 | 3 | ARREST WARRANT issued as to Adian Testamichael Berhane [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 03/18/2002 | | ARREST of Adian Testamichael Berhane [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 03/18/2002 | 5 | NOTICE of Appearance as to Adian Testamichael Berhane by Attorney Robert M. Baum [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 03/18/2002 | | First Appearance as to Adian Testamichael Berhane held with defendant, Retained Attorney Dennis Kelleher (Bail Only) and Virginia Chavez for the government. Detention hearing adjourned to the following date. Preliminary Examination set for 4/1/02 for Adian Testamichael Berhane ; Detention Hearing set for 2:00 3/19/02 for Adian Testamichael Berhane ; before Judge Theodore H. Katz . [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 03/18/2002 | 12 | ARREST WARRANT Returned Executed as to Adian Testamichael Berhane on 3/18/02 [ 1:02-m -551 ] (kw) (Entered: 04/09/2002) |
| 03/19/2002 | | Detention hearing as to Adian Testamichael Berhane held with defendant, Retained Attorney Dennis Kelleher and AUS Virginia Chavez for the government. $50,000 PRB to be cosigned by 2 FRP's; Secured by $5,000 cash; Travel restricted to SDNY, EDNY and District of New Jersey; Surrender travel documents and no new applications; Strict |

| | | |
|---|---|---|
| | | pretrial supervision; before Magistrate Judge Theodore H. Katz . [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 03/19/2002 | 8 | PRB APPEARANCE BOND filed by Adian Testamichael Berhane in the Amount $ 50,000 TO BE COSIGNED BY 2 FRP'S; SECURED BY $5,000 CASH; TRAVEL RESTRICTED TO SDNY, EDNY AND DISTRICT OF NEW JERSEY; STRICT PRETRIAL SUPERVISION; [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 03/19/2002 | 9 | Order of advice of penalties and sanctions as to Adian Testamichael Berhane () [ 1:02-m -551 ] (kw) (Entered: 03/19/2002) |
| 04/16/2002 | 14 | INDICTMENT as to Johnny Pelzer (1) count(s) 1, 2, Adian Testamichael Berhane (2) count(s) 1, 2 (Preliminary Examination cancelled.) (jm) (Entered: 04/18/2002) |
| 04/16/2002 | | **Added Government Attorney Virginia L. Chavez (jm) (Entered: 04/18/2002) |
| 04/16/2002 | | CASE Assigned to Judge Kimba M. Wood (jm) (Entered: 04/18/2002) |
| 04/18/2002 | | Arraignment as to Johnny Pelzer, Adian Testamichael Berhane held Johnny Pelzer (1) count(s) 1, 2, Adian Testamichael Berhane (2) count(s) 1, 2 before Judge Kimba M. Wood. The dft Johnny Pelzer and his atty Robert Baum are pres. The dft Adian Testamichael-Berhane and his atty Ian Niles are pres. AUSA Virginia Chavez is pres. Court rptr Bonnie Pruszynski is pres. The dfts are arraigned on the Indictment. The dft Johnny Pelzer pleads NOT GUILTY. The dft Adian Testamichael-Berhane pleads NOT GUILTY. Discovery to be completed in two weeks. Another PTC conference is scheduled for 5/13/02 at 10:00 a.m. Time is excluded until 5/31/02. (ja) (Entered: 04/19/2002) |
| 04/18/2002 | | PLEA entered by Johnny Pelzer, Adian Testamichael Berhane. Court accepts plea. Not Guilty: Johnny Pelzer (1) count(s) 1, 2, Adian Testamichael Berhane (2) count(s) 1, 2. (ja) (Entered: 04/19/2002) |
| 04/18/2002 | | PRETRIAL CONFERENCE as to Johnny Pelzer, Adian Testamichael Berhane held before Judge Kimba M. Wood. Time is from 4/18/02 to 5/31/02. (ja) (Entered: 04/19/2002) |
| 04/18/2002 | | ORAL ORDER as to Johnny Pelzer, Adian Testamichael Berhane , set pretrial conference for 10:00 5/31/02 for Johnny Pelzer, for Adian Testamichael Berhane. ( Entered by Judge Kimba M. Wood ) (ja) (Entered: 04/19/2002) |
| 05/31/2002 | | PRETRIAL CONFERENCE as to Johnny Pelzer, Adian Testamichael Berhane held before Judge Kimba M. Wood. The defendant, Johnny Pelzer and his attorney Robert Baum are present. The defendant, Adian Testmicheal-Berhane and her attorney Dennis Kelleher are present. Mr. Xavier R. Donaldson is present. AUSA Virginia Chavez is present. Court Reporter Steve Griffing is present. Mr. Kelleher makes an application to be relieved as counsel - granted. Mr. Donaldson is substituted for Mr. Kelleher. The parties will fax a letter to Chambers indicating whether they will file any motions and if so, they will submit a proposed motion schedule by 6/14/02. Another pre-trial conference is scheduled for 6/28/02 at 11:30 a.m. Time is excluded from 5/31/02 to 6/28/02. (ph) (Entered: 06/03/2002) |
| 05/31/2002 | | **Excludable XH starts and stops on 5/31/02 as to Johnny Pelzer, Adian Testamichael Berhane. (ph) (Entered: 06/03/2002) |
| | | |

| | | |
|---|---|---|
| 05/31/2002 | | ORAL ORDER as to Johnny Pelzer, Adian Testamichael Berhane , substituting attorney Dennis Kelleher terminated Added Xavier R. Donaldson , and set pretrial conference for 11:30 6/28/02 for Johnny Pelzer, for Adian Testamichael Berhane . ( Entered by Judge Kimba M. Wood ) (ph) (Entered: 06/03/2002) |
| 05/31/2002 | 15 | NOTICE of Appearance for Adian Testamichael Berhane by Attorney Xavier R. Donaldson (ac) (Entered: 06/03/2002) |
| 07/08/2002 | 16 | ORDER as to Johnny Pelzer, Adian Testamichael Berhane, that the request for an exclusion of time under the Speedy Trial Act from the date of this Order to July 25, 2002, is hereby GRANTED pursuant to Title 18, United States Code, Section 3161(h)(8)(A). (Signed by Judge Kimba M. Wood); Copies mailed. (jb) (Entered: 07/09/2002) |
| 08/01/2002 | 17 | TRANSCRIPT of record of proceedings as to Johnny Pelzer, Adian Testamichael Berhane for dates of 5/31/02 at 10:20 am, before Judge Kimba M. Wood . (gf) (Entered: 08/01/2002) |
| 08/02/2002 | 18 | ORDER as to Johnny Pelzer, Adian Testamichael Berhane, that the request for an exclusion of time under the Speedy Trial Act from the date of this Order to September 30, 2002, is hereby GRANTED pursuant to Title 18, United States Code, Section 3161(h)(8)(A). (Signed by Judge Kimba M. Wood Copies mailed. (jb) (Entered: 08/02/2002) |
| 09/30/2002 | | Status conference as to Johnny Pelzer, Adian Testamichael Berhane held before Judge Kimba M. Wood . Deft J. Pelzer and Atty Robert Baum present. Deft A. Testamichael and Atty Xavier Donaldson present. AUSA Virginia Chavez present. Ct Rptr Connie Kuhl present. Deft Pelzer will schedule his plea with a Magistrate Judge. Deft Testamichael-Berhane needs additional time to negotiate a disposition. Next PTC set for 11/8/02 at 11:30am. Time is excluded from 9/30/02 to 11/8/02. (ac) (Entered: 10/01/2002) |
| 09/30/2002 | | Status conference as to Johnny Pelzer, Adian Testamichael Berhane set at 11:30 11/8/02 for Johnny Pelzer, for Adian Testamichael Berhane (ac) (Entered: 10/01/2002) |
| 09/30/2002 | | **Excludable XH starts and stops on 9/30/02 as to Johnny Pelzer, Adian Testamichael Berhane (ac) (Entered: 10/01/2002) |
| 10/23/2002 | | Status conference as to Adian Testamichael Berhane held before Judge Kimba M. Wood. The dft Adiam Testamichael Berhane and her atty Xavier Donaldson are pres. No appearance by the gov't. Court rptr Paula Speer is pres. Pretrial Services Officer Tom Marino is pres. See transcript. The matter is adjourned until 10/24/02 at 2:30 p.m. to 10/23/02. (ja) (Entered: 10/28/2002) |
| 10/23/2002 | | **Excludable XH started and stopped 10/23/02, as to Adian Testamichael Berhane. (ja) (Entered: 10/28/2002) |
| 10/23/2002 | | Status conference as to Adian Testamichael Berhane set at 2:30 10/24/02 for Adian Testamichael Berhane (ja) (Entered: 10/28/2002) |
| 10/24/2002 | | Status conference as to Adian Testamichael Berhane held before Judge Kimba M. Wood. The dft Adiam Testamichael- Berhane and her atty Xavier R. Donaldson are pres. AUSA Virginia Chavez is pres. Pre-trial Services Officer Tom Marino is pres. Court rptr Sandra Miaskoff is pres. See transcript. A conference is held in re: pre-trial supervision violation. The dft will schedule a probation violation hearing w/New York State within thirty days. A status conference will be held on 11/21/02 at 9:30 a.m. (ja) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2002) |
| 10/24/2002 | | **Excludable XH started and stopped 10/24/02, as to Adian Testamichael Berhane. (ja) (Entered: 10/29/2002) |
| 10/24/2002 | | Status conference as to Adian Testamichael Berhane set at 9:30 11/21/02 for Adian Testamichael Berhane. (ja) (Entered: 10/29/2002) |
| 11/21/2002 | | PRETRIAL CONFERENCE as to Adian Testamichael Berhane held before Judge Kimba M. Wood. Time is excluded from 11/21/02 to 2/3/02. The defendant Adiam Testamichael Berhane and her atty Xavier Donaldson are present. AUSA Virginia Chavez is present. Court Reporter Jerry Harrison is present. Pre-trial Services Officer Tom Marino is present. A pre-trial conference is held in re: state arrests. The defendant's state bench warrant has been vacated. The state violation has been scheduled for January 3, 2003. The government anticipates the government's case will be approximately 3 days. The Court schedules jury selection for February 3, 2003 at 10:00am. The Court schedules a pre-trial conference for January 16, 2003 at 9:15am. Time is excluded until February 3, 2002 at 10:00am. (jw) (Entered: 11/22/2002) |
| 11/21/2002 | | **Excludable XH start and stop on 11/21/02 as to Adian Testamichael Berhane (jw) (Entered: 11/22/2002) |
| 11/21/2002 | | ORAL ORDER as to Adian Testamichael Berhane , set scheduling order deadlines: Pretrial Conference for 9:15 1/16/03 for Adian Testamichael Berhane ; Jury Selection for 10:00 2/3/03 for Adian Testamichael Berhane ; ( Entered by Judge Kimba M. Wood ) (jw) (Entered: 11/22/2002) |
| 01/16/2003 | | PRETRIAL CONFERENCE as to Adian Testamichael Berhane held before Judge Kimba M. Wood. Dft not pres w/atty Xavier Donaldson pres. AUSA Virginia Chavez pres. Defense counsel waives clients appearance. Trial previously scheduled for 2/3/03, adjourned to 3/11/03 @ 10:00 a.m. Time is excluded from 1/16/03 to 3/11/03, in the interest of justice. Bail cont'd. (ja) (Entered: 01/17/2003) |
| 01/16/2003 | | ORAL ORDER as to Adian Testamichael Berhane , set scheduling order deadlines: Jury Trial for 10:00 3/11/03 for Adian Testamichael Berhane ; ( Entered by Judge Kimba M. Wood ) (ja) (Entered: 01/17/2003) |
| 03/03/2003 | 23 | TRANSCRIPT of record of proceedings as to Adian Testamichael Berhane for dates of January 16, 2003, before Judge Kimba M. Wood . (dt) (Entered: 03/03/2003) |
| 03/06/2003 | 24 | Filed Memo-Endorsement on letter: by USA as to Adian Testamichael Berhane, from Virginia L. Chavez, AUSA, dated 3/4/03, addressed to: Judge Wood, Re: trial date for Adiam T-Berhane, ...defense counsel requested an adjournment of the trial from 3/11/03 to 4/21/03. I understand that the Court has granted the request, and that the trial is now scheduled to begin on 4/21/03. This "understanding" is incorrect. The Court has not granted the request. Counsel are directed to confer, and to pick the soonest trial date by which defense counsel can be prepared. Because of other trial commitments, I may transfer this case to another judge. Defense counsel is responsible for sending the court a Speedy Trial Act exclusion draft order any time counsel seeks an adjournment. SO ORDERED. ( Signed by Judge Kimba M. Wood ); (ja) (Entered: 03/07/2003) |
| 03/07/2003 | | Status conference as to Adian Testamichael Berhane held before Judge Kimba M. Wood. The defendant Adiam Berhane is not present, appearance waived, her atty Xavier |

| | | Donaldson is present. AUSA Virginia Chavez is present. Court Reporter Vincent Bologna is present. A telephone conference is held. See transcript. Jury selection is scheduled for March 17, 2003 at 10:00am. (jw) (Entered: 03/10/2003) |
|---|---|---|
| 03/07/2003 | | Telephone Conference as to Adian Testamichael Berhane held (jw) (Entered: 03/10/2003) |
| 03/07/2003 | | ORAL ORDER as to Adian Testamichael Berhane , reset scheduling order deadlines: Jury Selection for 10:00 3/17/03 for Adian Testamichael Berhane ; ( Entered by Judge Kimba M. Wood ) (jw) (Entered: 03/10/2003) |
| 03/13/2003 | | Motion hearing as to Adian Testamichael Berhane. Deft present w/ Atty X. Donaldson. AUSA V. Chavez. Govts oral application for revocation of bail is denied. Deft ordered released. Deft cont'd released. (ac) (Entered: 03/14/2003) |
| 03/13/2003 | | **Location LR as to Adian Testamichael Berhane (ac) (Entered: 03/14/2003) |
| 03/13/2003 | | **Excludable XH starts and stops on 3/13/03 as to Adian Testamichael Berhane (ac) (Entered: 03/14/2003) |
| 03/17/2003 | | Voir dire begun as to Adian Testamichael Berhane (2) count(s) 1, 2. Defendant A. Testamichael-Berhane present with attorney Xavier Donaldson and Joyce Ballard. Government by Virginia Chavez and Christine Chung, AUSA. Voir dire begins. Jury sworn and empanelled. Trial adjourned to 3/18/03. (ph) (Entered: 03/24/2003) |
| 03/17/2003 | | Jury selection as to Adian Testamichael Berhane held. (ph) (Entered: 03/24/2003) |
| 03/17/2003 | | Jury impaneled as to Adian Testamichael Berhane. (ph) (Entered: 03/24/2003) |
| 03/18/2003 | | Jury trial begins as to Adian Testamichael Berhane. (ph) (Entered: 03/24/2003) |
| 03/19/2003 | | Jury trial as to Adian Testamichael Berhane continued. (ph) (Entered: 03/24/2003) |
| 03/20/2003 | | Jury trial as to Adian Testamichael Berhane continued. Jury reaches verdict. Defendant is found guilty as charged. Pre-sentence investigation ordered. Sentence date set for 5/14/03 at 9:30 a.m. Bail hearing scheduled for 3/26/03 at 4:00 p.m. Bail continued. (ph) (Entered: 03/24/2003) |
| 03/20/2003 | | JURY VERDICT as to Adian Testamichael Berhane Guilty: Adian Testamichael Berhane (2) count(s) 1, 2 (ph) (Entered: 03/24/2003) |
| 03/20/2003 | | Court Orders pre-sentence investigation as to Adian Testamichael Berhane. (ph) (Entered: 03/24/2003) |
| 03/20/2003 | | Sentencing set for 9:30 5/14/03 for Adian Testamichael Berhane, Adian Testamichael Berhane (2) count(s) 1, 2. (ph) (Entered: 03/24/2003) |
| 03/20/2003 | | Bail hearing as to Adian Testamichael Berhane set for 4:00 3/26/03 for Adian Testamichael Berhane. (ph) (Entered: 03/24/2003) |
| 03/25/2003 | 26 | CASE reassigned to Judge Thomas P. Griesa (gf) (Entered: 03/26/2003) |
| 04/04/2003 | 27 | SEALED DOCUMENT as to Adian Testamichael Berhane (wv) (Entered: 04/07/2003) |
| 04/17/2003 | | Status conference as to Adian Testamichael Berhane held before Judge Thomas P. Griesa. Deft A. Testamichael Berhane not present, atty Xavier Donaldson present, gov't |

| | | |
|---|---|---|
| | | by Virginia Chavey, AUSA present. Hearing held on deft's application to be relieved from custody. Application denied in open court. (jw) (Entered: 04/18/2003) |
| 05/06/2003 | | **Terminated party Johnny Pelzer (jw) (Entered: 05/08/2003) |
| 05/22/2003 | 31 | TRANSCRIPT of record of proceedings as to Adian Testamichael Berhane for dates of 3/17/03, before Judge Thomas P. Griesa . (pr) (Entered: 05/22/2003) |
| 05/27/2003 | 32 | TRANSCRIPT of record of proceedings as to Adian Testamichael Berhane for dates of March 26, 2003, before Judge Thomas P. Griesa . (dt) (Entered: 05/27/2003) |
| 05/27/2003 | | Sentencing held Adian Testamichael Berhane (2) count(s) 1, 2 (jw) (Entered: 06/03/2003) |
| 05/28/2003 | 33 | FILED JUDGMENT IN A CRIMINAL CASE. (For offenses committed on or after November 1, 1987). Defendant Adian Testamichael Berhane pleaded guilty to count(s) 1, 2. The defendant shall pay a special assessment of $200 which is due immediately. The defendant is hereby committed to the custody of the US Bureau of Prisons to be imprisoned for a total of Forty Months (40). The above term of 40 months imprisonment consists 30 months for the offense of conviction and a consecutive addition of 10 months to reflect the three level on each of counts 1 & 2 to run concurrently. The court makes the following recommendations to the Bureau of Prisons: That defendant be placed in a BOP facility that accommodates prisoners with less than a five year sentence not involve drugs or violence. The defendant is remanded to the custody of the US Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of Three Years. The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. The defendant shall not possess a firearm. The defendant shall pay a restitution of $73,000. Defendant shall pay 15% of her gross monthly earning on a monthly basis during the term of supervised release, until the order of restitution is paid in full. ; Judgment and Commitment issued to U.S. Marshal. Docketed as a judgment #03,1128 on 6/4/03. ( Signed by Judge Thomas P. Griesa ) (jw) Modified on 06/09/2003 (Entered: 06/03/2003) |
| 05/28/2003 | | **Terminated party Adian Testamichael Berhane (jw) (Entered: 06/03/2003) |
| 05/28/2003 | | **Case closed as to all defendants: Adian Testamichael Berhane (jw) (Entered: 06/03/2003) |
| 06/03/2003 | 35 | TRANSCRIPT of record of proceedings as to Adian Testamichael Berhane for dates of April 17, 2003, before Judge Thomas P. Griesa . (dt) (Entered: 06/17/2003) |
| 06/09/2003 | 34 | AMENDED JUDGMENT in a Criminal Case. Date of Imposition of Judgment: 6-9-03. Date of Original Judgment: 5-27-03. Reason for Amendment: Correction of Sentence for Clerical Mistake. Defendant's Attorney: Xavier Donaldson. AUSA: Virginia Chavez. Defendant Adian Testamichael Berhane (2) was found guilty on count(s) 1, 2 after a plea of not guilty. The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.; The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FORTY (40) MONTHS. The above term of 40 months |

|  |  | imprisonment consists of 30 months for the offense of conviction and a consecutive addition of 10 months to reflect the three level enhancement under U.S.S.G. Section 2J1.7 and 18 USC Section 3147, on each of counts 1 & 2 to run concurrently.*; The court makes the following recommendations to the Bureau of Prisons: That defendant be placed in a B.O.P. facility that accommodates prisoners with less than a five (5) year sentence that does not involve drugs or violence.; The defendant is remanded to the custody of the United States Marshal.; Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS. The above term of supervised release is imposed on each of counts 1 & 2 to run concurrently.; The above drug testing condition (p.3 of judgment) is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. The defendant shall not possess a firearm as defined in 18 U.S.C. Section 921.; The defendant shall pay an assessment of $200.00 and a restitution in the amount of $73,000.00. Payment of the total fine and other criminal monetary penalties shall be due as follows: $200.00 immediately. Special instructions regarding the payment of criminal monetary penalties: 1) Defendant make joint and several restitution in the amount of $73,000 to the Clerk of the Court of the Southern District of New York, 500 Pearl Street, NY, NY attn: Cashier's Office, to be disbursed to Merrill Lynch Fraud. 2) Defendant shall pay 15% of her gross monthly earning on a monthly basis during the term of supervised release, until the order of restitution is paid in full. ( Signed by Judge Victor Marrero, Part I ). [ microfilm 6/10/03 9am ] Docketed as a Judgment, #03,1128, on 6/11/03. (bw) Modified on 06/12/2003 (Entered: 06/10/2003) |
| 07/03/2003 | 36 | TRANSCRIPT of record of proceedings as to Adian Testamichael Berhane for dates of May 27, 2003, before Judge Thomas P. Griesa . (dt) (Entered: 07/14/2003) |
| 06/01/2004 | ●38 | ENDORSED LETTER as to Adian Testamichael Berhane addressed to Judge Griesa from Xavier R. Donaldson dated April 22, 2004 re: Requesting that this Court recommend that Ms. Berhane be allowed entry into the Bureau of Prison's ICC program as soon as possible. Judge Memo-ednorsed...Denied. SO ORDERED. (Signed by Judge Thomas P. Griesa on 5/28/04)(jw, ) (Entered: 06/02/2004) |
| 01/21/2005 | ●39 | ENDORSED LETTER as to Adian Testamichael Berhane, addressed to Judge Griesa, from Virginia L. Chavez, AUSA, dated 1/13/05, re: ltr dtd 1/7/05, from Xavier Donaldson, counsel for dft in this case, alleging that an error was made in the dft's sentence... The Gov't intends to make a submission opposing the dft's request on procedural and substantive grounds, respectfully requests a week, until 1/20/05 to do so. -- Judge endorsed: Approved. (Signed by Judge Thomas P. Griesa on 1/18/05)(ja, ) (Entered: 02/03/2005) |
| 05/04/2005 | ●40 | ORDER as to Adian Testamichael Berhane. The defendant requests a hearing to determine if the three level enhancement under section 2J1.7 was properly applied. Berhane's application is denied. (Signed by Judge Thomas P. Griesa on 5/3/05)(ph, ) (Entered: 05/03/2005) |
| 07/13/2006 | ● | Payment of restitution from Adian Testamichael Berhane in the amount of $25.00. Date Received: 7/13/06. (mn, ) (Entered: 07/13/2006) |
| 08/28/2006 | ● | Payment of RESTITUTION from Adian Testamichael Berhane in the amount of $25.00. Date Received: 8/28/06. (mn, ) (Entered: 08/28/2006) |
| 09/01/2006 | ●41 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. District of Columbia as |

| | | |
|---|---|---|
| | | to Adian Testamichael Berhane. (ja, ) (Entered: 09/05/2006) |
| 09/01/2006 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Adian Testamichael Berhane to the U.S.D.C. District of Columbia. The following documents were mailed: Copy of the Transfer of Jurisdiction Form, certified copy of the indictment/information, certified copy of the docket sheet, and letter of acknowledgment. Mailed via Federal Express AIRBILL # 8557 6945 0576 on 9/6/06. (ja, ) (Entered: 09/05/2006) |